PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. JEANETTE GRACE LOPEZ            Docket Number: 08-cr-00252-WYD

**Petition for Early Termination of Supervised Release**

COMES NOW, Gary R. Kruck, probation officer of the court, presenting an official report upon the conduct and attitude of JEANETTE GRACE LOPEZ who was placed on supervision by the Honorable Kathleen Cardone, sitting in the court at El Paso, Texas, on the 19th day of January, 2006, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the costs of services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

2. The defendant shall participate in a program approved by the Probation Officer for treatment of narcotic addiction or drug of alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the costs of services rendered (copayment) in an amount to be determined by the Probation Officer, based on the defendant's ability to pay.

3. The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

**On June 5, 2008, jurisdiction of this case was transferred from the Western District of Texas to the District of Colorado.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release; and (3) that, if the United States does not file a timely objection, the defendant be discharged from supervised release and the proceedings in the case be terminated.

ORDER OF THE COURT

Considered and ordered this 25th day of November 2009, and ordered filed and made a part of the record in the above case.

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

s/ Gary R. Kruck
Gary R. Kruck
Senior U.S. Probation Officer

Place: Denver, Colorado

Date: November 24, 2009