UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00252-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JEANETTE GRACE LOPEZ,

    Defendant.

___

**ORDER**
___

This matter is before the Court on a Petition for Early Termination of Supervised Release filed by the Probation Department on November 25, 2009.  In the Order of the Court which is part of the Petition, the United States was directed to respond in fifteen days of the date of service indicating whether it has any objection to the termination of supervised release of the Defendant.  On November 30, 2009, the United States indicated in a filing that it has no objection to the termination of supervised release.

I find from my review of the file that early termination of supervised release of Defendant is appropriate for the reasons set forth in the Petition.  Accordingly, it is

ORDERED that the Petition for Early Termination of Supervised Release (doc. # 2) is **GRANTED**, and this case is terminated.

    Dated:  December 2, 2009

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge